IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALFRED LEE STONE, TDCJ No. 599665, ET AL., | § | |
| Plaintiffs, | § | |
| V. | § | No. 3:23-cv-2597-O-BN |
| THE DALLAS COUNTY CITY HALL OFFICIALS, ET AL., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Alfred Lee Stone's motions to reopen his case [Dkt. No. 22] and for judgment on the pleadings [Dkt. No. 23].

SO ORDERED this 9th day of October, 2026.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE